

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-24-2006

# In Re: Jorge Porte

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-1059

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: Jorge Porte " (2006). *2006 Decisions.* Paper 1388.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1388

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

BPS-160                                                            NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 06-1059
_____

IN RE: JORGE PORTE,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. No. 04-cv-01534)

_____

Submitted Under Rule 21, Fed. R. App. Pro.
March 16, 2006

BEFORE: RENDELL, AMBRO and BECKER, Circuit Judges

(Filed: March 24, 2006)
_____

OPINION
_____

PER CURIAM

In July 2004 Jorge Porte filed a habeas corpus petition pursuant to 28 U.S.C. §

2241. In December 2005 Porte filed a mandamus petition seeking an order compelling

the District Court to rule on his petition. Shortly thereafter the District Court did so,

denying the petition on January 9, 2006.

Accordingly, the mandamus petition is moot, and we will deny it.